IN THE CIRCUIT COURT OF THE NINETH JUDICIAL CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA

CASE NO.:

CHRISTOPHER GOTAY

    Plaintiff,

vs.

CREDIT PROTECTION ASSOCIATION, L.P., AND COMENITY BANK

    Defendant.

_____/

## COMPLAINT

COMES NOW, the Plaintiff, Christopher Gotay, by and through undersigned counsel and sues the Defendants Credit Protection Association, L.P., (hereafter Credit Protection), and Comenity Bank (hereafter Comenity) and alleges:

1. This is an action for damages greater than $15,000.00, exclusive of interest, costs and attorney's fees.

2. At all times material hereto, Defendant, Credit Protection was a foreign limited partnership with a principal place business in Dallas, Texas. Credit Protection registered with the Florida Secretary of State and conducts business in State of Florida to the extent is collects on debts owed by Florida residents.

3. At all times material hereto, Defendant Comenity was a Delaware Corporation, with a principal place of business in Plano Texas.

4. The Plaintiff is a resident of Orange County, Florida.

5. Credit Protection is a third party debt collector. Credit Protection for purposes of the Fair Debt Collection Practices Act (hereafter FDCPA) is a debt collector.

6. Comenity Bank is an incorporated subsidiary of Alliance Data Systems Corporation. Alliance Data and Comenity Bank provides private label credit card financing over 1,000 companies, including J. Crew, Pottery Barn, Victoria Secret, as well as Airline loyalty mileage cards.

7. Plaintiff Christopher Gotay has a cellular/mobile phone with Metro PCS, his mobile phone number is (407) 480-1442.

## COUNT I – NEGLIGENT VIOLATION OF THE TELEPHONE CONSUMER PROTECTION STATUTE AGAINST COMENITY

Plaintiff re-alleges paragraphs One, and Three through Seven as set forth above.

8. The Telephone Consumer Protection Act (TCPA) 47 U.S.C 227, provides in pertinent part:

> (b) RESTRICTIONS ON THE USE OF AUTOMATED TELEPHONE EQUIPMENT.— (1) PROHIBITIONS.—It shall be unlawful for any person within the United States, or any person outside the United States if the recipient is within the United States—
>
> (A) to make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using any automatic telephone dialing system or an artificial or prerecorded voice—
>
> …(iii) to any telephone number assigned to a paging service, cellular telephone service, specialized mobile radio service, or other radio common carrier service, or any service for which the called party is charged for the call

9. Defendant Comenity used an automatic telephone dialing equipment to call the plaintiff's cellular telephone number on numerous occasions including but not limited to the following occasions: This list is not a complete list and Plaintiff reserves the right to supplement this list in the future to add any additional calls found during discovery.

| | Caller | Phone No. | Activity Time |
|---|---|---|---|
| 1) | COMENITY | 7204563682 | 02/13/2015 10:33:16 AM |
| 2) | COMENITY | 7204563682 | 02/14/2015 01:54:33 PM |
| 3) | COMENITY | 7204563682 | 02/14/2015 09:45:54 AM |
| 4) | COMENITY | 7204563682 | 02/15/2015 07:34:25 AM |
| 5) | COMENITY | 7204563682 | 02/16/2015 12:16:03 PM |
| 6) | COMENITY | 7204563682 | 02/19/2015 08:27:13 AM |
| 7) | COMENITY | 7204563682 | 02/19/2015 11:51:57 AM |
| 8) | COMENITY | 7204563683 | 02/21/2015 01:11:41 PM |
| 9) | COMENITY | 7204563682 | 02/21/2015 03:41:35 PM |

```
10) COMENITY   7204563683   02/22/2015 08:42:46 AM
11) COMENITY   7204563683   02/22/2015 11:00:24 AM
12) COMENITY   9133125183   02/23/2015 02:42:26 PM
13) COMENITY   6142125786   02/23/2015 04:05:47 PM
14) COMENITY   6142125786   02/23/2015 10:22:41 AM
15) COMENITY   7204563683   02/24/2015 07:15:53 PM
16) COMENITY   6142125786   02/24/2015 08:58:28 AM
17) COMENITY   7204563683   02/24/2015 09:58:11 AM
18) COMENITY   9133125183   02/24/2015 11:18:34 AM
19) COMENITY   6142125786   02/24/2015 12:29:15 PM
20) COMENITY   6142125786   02/25/2015 02:10:46 PM
21) COMENITY   6142125786   02/25/2015 07:00:42 PM
22) COMENITY   7204563683   02/25/2015 07:16:09 PM
23) COMENITY   6142125786   02/25/2015 08:14:51 AM
24) COMENITY   7204563683   02/25/2015 09:59:17 AM
25) COMENITY   9133125183   02/25/2015 12:27:53 PM
26) COMENITY   6142125786   02/25/2015 12:37:09 PM
27) COMENITY   6142125786   02/26/2015 06:15:32 PM
28) COMENITY   6142125786   02/26/2015 06:42:14 PM
29) COMENITY   6142125786   02/26/2015 10:28:34 AM
30) COMENITY   6142125786   02/26/2015 11:37:33 AM
31) COMENITY   7204563683   02/26/2015 12:52:30 PM
32) COMENITY   6142125786   02/27/2015 03:46:11 PM
33) COMENITY   7204563682   02/27/2015 10:34:56 AM
34) COMENITY   7204563682   02/27/2015 11:48:15 AM
35) COMENITY   6142125164   02/28/2015 08:06:46 AM
36) COMENITY   7204563682   02/28/2015 08:51:23 AM
37) COMENITY   6142125786   02/28/2015 10:17:12 AM
38) COMENITY   6142125164   02/28/2015 11:20:57 AM
39) COMENITY   6142125786   02/28/2015 12:20:20 PM
40) COMENITY   7204563682   03/01/2015 02:35:06 PM
41) COMENITY   6142125164   03/01/2015 08:08:48 AM
42) COMENITY   6142125786   03/01/2015 10:17:14 AM
43) COMENITY   6142125786   03/01/2015 11:53:34 AM
44) COMENITY   6142125164   03/02/2015 01:58:19 PM
45) COMENITY   7204563682   03/02/2015 03:19:38 PM
46) COMENITY   6142125164   03/02/2015 05:54:35 PM
47) COMENITY   6142125164   03/02/2015 08:50:38 AM
48) COMENITY   7204563682   03/02/2015 09:05:58 AM
49) COMENITY   6142125786   03/02/2015 10:16:42 AM
50) COMENITY   6142125786   03/02/2015 11:29:10 AM
51) COMENITY   6142125786   03/03/2015 06:02:20 PM
52) COMENITY   6142125786   03/03/2015 06:48:50 PM
53) COMENITY   6142125164   03/03/2015 09:03:24 AM
54) COMENITY   7204563682   03/03/2015 10:27:39 AM
55) COMENITY   6142125164   03/03/2015 11:38:46 AM
```

| | | | |
|---|---|---|---|
| 56) COMENITY | 6142125786 | 03/03/2015 | 12:20:11 PM |
| 57) COMENITY | 7204563682 | 03/04/2015 | 05:23:35 PM |
| 58) COMENITY | 6142125786 | 03/04/2015 | 06:48:33 PM |
| 59) COMENITY | 6142125164 | 03/04/2015 | 08:06:49 AM |
| 60) COMENITY | 6142125164 | 03/04/2015 | 08:15:02 PM |
| 61) COMENITY | 6142125786 | 03/04/2015 | 12:04:15 PM |
| 62) COMENITY | 6142125164 | 03/04/2015 | 12:57:57 PM |
| 63) COMENITY | 6142125164 | 03/05/2015 | 08:06:13 AM |
| 64) COMENITY | 7204563682 | 03/05/2015 | 09:11:13 AM |
| 65) COMENITY | 6142125786 | 03/05/2015 | 10:00:37 AM |
| 66) COMENITY | 6142125164 | 03/05/2015 | 10:57:02 AM |
| 67) COMENITY | 6142125786 | 03/05/2015 | 11:38:18 AM |
| 68) COMENITY | 6142125165 | 03/09/2015 | 06:41:48 PM |
| 69) COMENITY | 6142125165 | 03/09/2015 | 07:38:54 PM |
| 70) COMENITY | 6142125165 | 03/09/2015 | 08:43:36 AM |
| 71) COMENITY | 6142125165 | 03/09/2015 | 11:26:17 AM |
| 72) COMENITY | 6142125165 | 03/09/2015 | 12:22:25 PM |
| 73) COMENITY | 6142125166 | 03/10/2015 | 06:19:12 PM |
| 74) COMENITY | 6142125165 | 03/10/2015 | 06:56:03 PM |
| 75) COMENITY | 6142125165 | 03/10/2015 | 08:48:29 PM |
| 76) COMENITY | 6142125166 | 03/10/2015 | 10:04:31 AM |
| 77) COMENITY | 6142125166 | 03/10/2015 | 11:37:08 AM |
| 78) COMENITY | 6142125291 | 03/12/2015 | 07:38:42 PM |
| 79) COMENITY | 6142125287 | 03/12/2015 | 10:07:07 AM |
| 80) COMENITY | 6142125287 | 03/12/2015 | 12:35:14 PM |
| 81) COMENITY | 6142125291 | 03/13/2015 | 08:26:20 AM |
| 82) COMENITY | 6142125291 | 03/13/2015 | 10:05:24 AM |
| 83) COMENITY | 6142125291 | 03/13/2015 | 12:32:11 PM |
| 84) COMENITY | 7204563697 | 05/02/2015 | 11:03:20 PM |
| 85) COMENITY | 7204563682 | 05/02/2015 | 11:03:24 PM |
| 86) COMENITY | 6142125786 | 05/02/2015 | 11:04:46 PM |
| 87) COMENITY | 9133125183 | 05/02/2015 | 11:05:19 PM |
| 88) COMENITY | 7204563683 | 05/02/2015 | 11:05:50 PM |
| 89) COMENITY | 6142125164 | 05/02/2015 | 11:07:57 PM |
| 90) COMENITY | 6142125165 | 05/02/2015 | 11:08:23 PM |
| 91) COMENITY | 6142125166 | 05/02/2015 | 11:08:26 PM |
| 92) COMENITY | 6142125287 | 05/02/2015 | 11:08:29 PM |
| 93) COMENITY | 6142125291 | 05/02/2015 | 11:08:43 PM |

10. The Plaintiff never gave Comenity permission to call Plaintiff's cellular phone.

11. When the Plaintiff realized Comentity's calls were not the result of an isolated mistake the Plaintiff instructed Comenity to cease all calls to the Plaintiff's cell phone and Comenity despite Plaintiff's instruction continued to call the Plaintiff.

12. If Comenity ever had consent or implied consent of the Plaintiff to call the plaintiff such consent was revoked by the Plaintiff when Plaintiff instructed the Defendant to stop calling the Plaintiff.

13. The calls from the Plaintiff may have been directed to the prior owner of the cellular telephone number, who is believed to be Annabelle Rodriguez.

14. Those calls that were made after Plaintiff instructed Defendant to stop were willful.

15. Pursuant to the TCPA the Plaintiff is entitled to recover from the Defendant $500.00 per call for each call and for any call that was not willful. For such calls that were willful the Plaintiff respectfully requests such per call sum be trebled pursuant to 47 USC 227(b)(3)(C), to $1,500.00 per call.

## COUNT II – WILLFUL VIOLATION OF TCPA AGAINST COMENTIY

Plaintiff realleges paragraphs One and Three through Fourteen as set forth above.

16. After the Plaintiff put Comenity on notice that they had no reason to be calling him and that he did not wish to receive future calls, all further calls by Comenity were knowing and/or willful.

17. The foregoing acts and omissions of Defendant constitute numerous and multiple knowing and/or willful violations of the TCPA, including but not limited to each and every one of the above cited provisions of 47 U.S.C. § 227 et seq. 33. As a result of Comenity's knowing and/or willful violations of 47 U.S.C. § 227 et seq., Plaintiff is entitled an award of $1,500.00 in statutory damages, for each and every violation, pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C). 34.

## COUNT III – NEGLIGENT VIOLATION OF THE TCPA BY CREDIT PROTECTION

Plaintiff re-alleges paragraphs One, Two, and Four through Seven.

18. The Telephone Consumer Protection Act (TCPA) 47 U.S.C 227, provides in pertinent part:

> (b) RESTRICTIONS ON THE USE OF AUTOMATED TELEPHONE EQUIPMENT.— (1) PROHIBITIONS.—It shall be unlawful for any person within the United States, or any person outside the United States if the recipient is within the United States—
>
> (A) to make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using any

5

automatic telephone dialing system or an artificial or prerecorded voice—

...(iii) to any telephone number assigned to a paging service, cellular telephone service, specialized mobile radio service, or other radio common carrier service, or any service for which the called party is charged for the call

19. Defendant Credit Protection used an automatic telephone dialing equipment to call the plaintiff's cellular telephone number on numerous occasions including but not limited to the following occasions: This list is not a complete list and Plaintiff reserves the right to supplement this list in the future to add any additional calls found during discovery.

| | Caller | Phone No. | Activity Time |
|---|---|---|---|
| 1) | CREDIT PROTECTION ASSOC. | 8443355695 | 02/12/2015 06:39:00 PM |
| 2) | CREDIT PROTECTION ASSOC. | 8443355695 | 02/16/2015 04:37:48 PM |
| 3) | CREDIT PROTECTION ASSOC. | 8443355695 | 02/16/2015 07:38:00 PM |
| 4) | CREDIT PROTECTION ASSOC. | 8443355695 | 02/17/2015 12:08:47 PM |
| 5) | CREDIT PROTECTION ASSOC. | 8443355695 | 02/17/2015 01:15:55 PM |
| 6) | CREDIT PROTECTION ASSOC. | 8443355695 | 02/17/2015 04:15:53 PM |
| 7) | CREDIT PROTECTION ASSOC. | 8443355695 | 02/19/2015 05:22:22 PM |
| 8) | CREDIT PROTECTION ASSOC. | 8443355696 | 02/21/2015 11:13:38 AM |
| 9) | CREDIT PROTECTION ASSOC. | 8443355696 | 02/21/2015 02:14:04 PM |
| 10) | CREDIT PROTECTION ASSOC. | 8443355695 | 02/24/2015 02:13:02 PM |
| 11) | CREDIT PROTECTION ASSOC. | 8443355696 | 02/26/2015 11:19:22 AM |
| 12) | CREDIT PROTECTION ASSOC. | 8443355696 | 02/26/2015 02:20:16 PM |
| 13) | CREDIT PROTECTION ASSOC. | 8443355695 | 02/27/2015 09:26:39 AM |
| 14) | CREDIT PROTECTION ASSOC. | 8443355695 | 02/27/2015 12:27:45 PM |
| 15) | CREDIT PROTECTION ASSOC. | 8443355695 | 02/27/2015 03:28:43 PM |
| 16) | CREDIT PROTECTION ASSOC. | 8443355696 | 03/07/2015 01:30:31 PM |
| 17) | CREDIT PROTECTION ASSOC. | 8443355696 | 03/13/2015 12:17:28 PM |
| 18) | CREDIT PROTECTION ASSOC. | 8443355696 | 03/13/2015 04:55:59 PM |
| 19) | CREDIT PROTECTION ASSOC. | 8443355695 | 03/26/2015 02:14:35 PM |
| 20) | CREDIT PROTECTION ASSOC. | 8443355695 | 03/26/2015 06:05:24 PM |
| 21) | CREDIT PROTECTION ASSOC. | 8443355696 | 03/28/2015 12:21:55 PM |
| 22) | CREDIT PROTECTION ASSOC. | 8443355696 | 03/30/2015 02:49:15 PM |
| 23) | CREDIT PROTECTION ASSOC. | 8443355696 | 03/30/2015 07:04:50 PM |
| 24) | CREDIT PROTECTION ASSOC. | 8443355695 | 03/31/2015 09:13:17 AM |
| 25) | CREDIT PROTECTION ASSOC. | 8443355695 | 03/31/2015 01:03:38 PM |
| 26) | CREDIT PROTECTION ASSOC. | 8443355695 | 03/31/2015 04:54:00 PM |
| 27) | CREDIT PROTECTION ASSOC. | 8443355696 | 04/01/2015 12:45:13 PM |
| 28) | CREDIT PROTECTION ASSOC. | 8443355696 | 04/02/2015 02:38:08 PM |
| 29) | CREDIT PROTECTION ASSOC. | 8443355696 | 04/02/2015 06:28:43 PM |
| 30) | CREDIT PROTECTION ASSOC. | 8443355696 | 04/07/2015 11:30:48 AM |
| 31) | CREDIT PROTECTION ASSOC. | 8443355696 | 04/07/2015 03:21:31 PM |
| 32) | CREDIT PROTECTION ASSOC. | 8443355696 | 04/07/2015 07:11:20 PM |

| | | |
|---|---|---|
| 33) | CREDIT PROTECTION ASSOC.8443355695 | 04/08/2015 09:25:02 AM |
| 34) | CREDIT PROTECTION ASSOC.8443355695 | 04/08/2015 04:14:03 PM |
| 35) | CREDIT PROTECTION ASSOC.8443355695 | 04/10/2015 02:24:56 PM |
| 36) | CREDIT PROTECTION ASSOC.8443355696 | 04/13/2015 05:31:21 PM |
| 37) | CREDIT PROTECTION ASSOC.8443355695 | 04/15/2015 01:18:14 PM |
| 38) | CREDIT PROTECTION ASSOC.8443355695 | 04/15/2015 05:08:39 PM |
| 39) | CREDIT PROTECTION ASSOC.8443355696 | 04/16/2015 09:43:50 AM |
| 40) | CREDIT PROTECTION ASSOC.8443355696 | 04/16/2015 01:34:28 PM |
| 41) | CREDIT PROTECTION ASSOC.8443355696 | 04/17/2015 09:54:16 AM |
| 42) | CREDIT PROTECTION ASSOC.8443355696 | 04/17/2015 01:45:01 PM |
| 43) | CREDIT PROTECTION ASSOC.8443355695 | 04/18/2015 12:32:07 PM |
| 44) | CREDIT PROTECTION ASSOC.8443355696 | 04/18/2015 01:32:11 PM |
| 45) | CREDIT PROTECTION ASSOC.8443355695 | 04/23/2015 01:43:42 PM |
| 46) | CREDIT PROTECTION ASSOC.8443355695 | 04/25/2015 11:06:36 AM |
| 47) | CREDIT PROTECTION ASSOC.8443355695 | 04/27/2015 10:03:05 AM |
| 48) | CREDIT PROTECTION ASSOC.8443355695 | 04/28/2015 01:00:28 PM |
| 49) | CREDIT PROTECTION ASSOC.8443355695 | 04/28/2015 04:50:48 PM |
| 50) | CREDIT PROTECTION ASSOC.8443355696 | 05/02/2015 10:32:33 AM |
| 51) | CREDIT PROTECTION ASSOC.8443355696 | 05/02/2015 02:22:57 PM |
| 52) | CREDIT PROTECTION ASSOC.8443355695 | 05/02/2015 11:03:45 PM |
| 53) | CREDIT PROTECTION ASSOC.8443355696 | 05/02/2015 11:04:50 PM |
| 54) | CREDIT PROTECTION ASSOC.8443355696 | 05/04/2015 10:52:24 AM |
| 55) | CREDIT PROTECTION ASSOC.8443355696 | 05/04/2015 02:56:40 PM |
| 56) | CREDIT PROTECTION ASSOC.8443355696 | 05/04/2015 07:02:09 PM |
| 57) | CREDIT PROTECTION ASSOC.8443355702 | 05/12/2015 06:57:04 PM |
| 58) | CREDIT PROTECTION ASSOC.8443355702 | 05/18/2015 03:04:16 PM |
| 59) | CREDIT PROTECTION ASSOC.8443355702 | 05/21/2015 03:20:10 PM |
| 60) | CREDIT PROTECTION ASSOC.8443355702 | 05/21/2015 07:11:21 PM |
| 61) | CREDIT PROTECTION ASSOC.8443355702 | 05/22/2015 01:37:50 PM |
| 62) | CREDIT PROTECTION ASSOC.8443355702 | 05/22/2015 05:29:01 PM |
| 63) | CREDIT PROTECTION ASSOC.8443355702 | 05/23/2015 10:13:03 AM |
| 64) | CREDIT PROTECTION ASSOC.8443355702 | 05/26/2015 08:53:21 PM |
| 65) | CREDIT PROTECTION ASSOC.8443355702 | 06/06/2015 02:08:44 PM |
| 66) | CREDIT PROTECTION ASSOC.8443355702 | 06/08/2015 05:45:38 PM |
| 67) | CREDIT PROTECTION ASSOC.8443355702 | 06/16/2015 04:00:37 PM |
| 68) | CREDIT PROTECTION ASSOC.8443355702 | 07/07/2015 04:20:41 PM |
| 69) | CREDIT PROTECTION ASSOC.8443355702 | 07/09/2015 07:11:50 PM |
| 70) | CREDIT PROTECTION ASSOC.8443355702 | 07/17/2015 03:19:47 PM |
| 71) | CREDIT PROTECTION ASSOC.8443355702 | 07/18/2015 11:12:06 AM |
| 72) | CREDIT PROTECTION ASSOC.8443355702 | 07/22/2015 08:41:05 PM |
| 73) | CREDIT PROTECTION ASSOC.8443355702 | 08/04/2015 04:41:07 PM |
| 74) | CREDIT PROTECTION ASSOC.8443355702 | 08/11/2015 04:55:18 PM |
| 75) | CREDIT PROTECTION ASSOC.8443355702 | 08/11/2015 08:45:05 PM |
| 76) | CREDIT PROTECTION ASSOC.8443355702 | 08/12/2015 03:50:22 PM |
| 77) | CREDIT PROTECTION ASSOC.8443355702 | 08/12/2015 07:40:08 PM |
| 78) | CREDIT PROTECTION ASSOC.8443355702 | 08/18/2015 03:10:17 PM |
| 79) | CREDIT PROTECTION ASSOC.8443355702 | 08/19/2015 04:26:39 PM |
| 80) | CREDIT PROTECTION ASSOC.8443355702 | 08/20/2015 04:12:03 PM |

20. The Plaintiff never gave the Credit Protection permission to call the Plaintiff's cellular phone.

21. When the Plaintiff realized Credit Protection's calls were not the result of an isolated mistake the Plaintiff instructed the plaintiff to cease all calls to the Plaintiff's cell phone and the Defendant despite Plaintiff's instruction continued to call the Plaintiff.

22. If the Credit Protection ever had consent or implied consent of the Plaintiff to call the plaintiff such consent was revoked by the Plaintiff when Plaintiff instructed the Defendant to stop calling the Plaintiff.

23. The calls from the Plaintiff may have been directed to the prior owner of the cellular telephone number, who is believed to be Annabelle Rodriguez.

24. Pursuant to the TCPA the Plaintiff is entitled to recover from the Defendant $500.00 per call for each call and for any call that was not willful.

**COUNT IV – WILLFUL VIOLATION OF TCPA AGAINST CREDIT PROTECTION**

Plaintiff re-alleges paragraphs One, Two, Four through Seven and Eighteen through Twenty-Four as set forth above.

25 After the Plaintiff put Credit Protection on notice that they had no reason to be calling him and that he did not wish to receive future calls, all further calls by Credit Protection were knowing and/or willful.

26 The foregoing acts and omissions of Defendant constitute numerous and multiple knowing and/or willful violations of the TCPA, including but not limited to each and every one of the above cited provisions of 47 U.S.C. § 227 et seq. 33. As a result of Credit Protection's knowing and/or willful violations of 47 U.S.C. § 227 et seq., Plaintiff is entitled an award of $1,500.00 in statutory damages, for each and every violation, pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C). 34.

**COUNT V – VIOLATION OF THE FCCCPA AGAINST COMENTIY ONLY**

Plaintiff re-alleges the allegations set forth in paragraphs one, three through seven, and nine.

27. The Plaintiff is a "consumer" and "debtor" as defined by 559.55(2)

28. COMENITY . is a "Debt Collector" as defined by 559.55(6) or in the alternative is an "Out-of-state debt collector" as defined by 559.55(8)

29. Florida Statute 559.72 sets forth in pertinent part:
    Prohibited Practices:
    **—In collecting consumer debts, no person shall:**

    (7) Willfully communicate with the debtor or any member of her or his family with such frequency as can reasonably be expected to harass the debtor or her or his family, or willfully engage in other conduct which can reasonably be expected to abuse or harass the debtor or any member of her or his family.

    (18) Communicate with a debtor if the person knows that the debtor is represented by an attorney with respect to such debt and has knowledge of, or can readily ascertain, such attorney's name and address, unless the debtor's attorney fails to respond within a reasonable period of time to a communication from the person, unless the debtor's attorney consents to a direct communication with the debtor, or unless the debtor initiates the communication;

30. Comenity made phone calls to the Plaintiff with such frequency, that such calls violated Florida Statute 559.72(7).

31. The purpose of Comenity's calls was consumer debt collection regardless of whether Plaintiff had an account with Comenity.

32. Calls to collect an alleged consumer debt fall under the FDCPA even if the consumer called does not owe the subject debt for which the creditor or debt collector is calling.

33. Pursuant to 559.77 Plaintiff is entitled to his actual damages, together with statutory damages of up to $1,000.00 for the violation.

34. The Plaintiff retained the undersigned counsel and if Plaintiff prevails is entitled to recover his reasonable attorney's fees under the FCCPA.

**WHEREFORE,** the Plaintiff, , demands judgment for damages together with interest, costs and attorney's fees pursuant to Florida Statutes, §§559.77, the FCCPA, legal assistants' fees pursuant to §57.104 Florida Statutes, and costs pursuant to §92.231, Florida Statutes and §57-041, Florida Statutes, and any and all further relief as this Court deems just and proper, and further demands a trial by jury on all issues.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to Defendants herein through service of process.

**SHUSTER & SABEN, LLC**

*/s/ Richard Shuster*
RICHARD SHUSTER, ESQUIRE
Fla. Bar No.: 045713
1413 South Patrick Drive, Suite 7
Satellite Beach, Florida 32937
Telephone: 321-622-5040
Fax Number: 877-335-4747
Primary: richshuster@gmail.com
Secondary: assistant2richardshuster@gmail.com
Attorney for Plaintiff